IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEOTHER TIDWELL,

    Plaintiff,

    v.

PINCKNEYVILLE CORRECTIONAL CENTER, *et al.*,

    Defendants.

Case No. 10-cv-974-JPG-PMF

### JURY INSTRUCTION ORDER

    This matter is before this Court for purposes of case management.  The Court **ORDERS** the parties meet prior to trial for the purpose of expediting the instruction of the jury as to the law of the case. The Seventh Circuit Federal Jury Instructions – Civil ("7th Circuit Instructions") should be used when applicable;  otherwise, the Illinois Pattern Jury Instructions ("IPI") should be used.  If neither the 7th Circuit Instructions nor the IPI contain an instruction on a subject, the parties shall propose an instruction that is simple, brief, impartial, and free from judgment.

    The Court will prepare and give the following 7th Circuit Instructions, which shall be referred to as Court's Instructions 1 through 9:   1.01, 1.06, 1.11, 1.12, 1.13, 1.17, 1.27, 1.32 and 1.34.   It will also give Instruction 10 that forbids the jury from conducting outside investigation or engaging in outside communication about the case.   The Court **ORDERS** that, on or before Wednesday, April 9, 2014, the parties shall submit additional proposed jury instructions.

    The defendants shall submit their proposed jury instructions in electronic format adaptable to Word on a flash drive, which will be returned, or via electronic mail to JPGpd@ilsd.uscourts.gov. Submissions on a floppy disk will no longer be accepted.  Hard copies are no longer required.  All proposed instructions shall be double-spaced, prenumbered and identified as to their source.

    The plaintiff shall file his proposed instructions as follows.  The plaintiff shall propose 7th

Circuit Instructions by identifying them by their number as they appear in the table of contents of the Federal Civil Jury Instructions of the Seventh Circuit. He need not submit paper copies of these instructions. If the plaintiff wishes to propose a non-pattern instruction, he shall submit one paper copy of each instruction that includes the source of the instruction.

**IT IS SO ORDERED.**
**DATED:   March 21, 2014**

                                                    s/J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**