IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEOTHER TIDWELL,

    Plaintiff,

  v.

PINCKNEYVILLE CORRECTIONAL
CENTER, *et al.*,

    Defendants.

Case No. 10-cv-974-JPG-PMF

## ORDER

    The above-entitled cause having come before the Court in preparation for trial. The Court **ORDERS** a Writ of Habeas Corpus ad Testificandum for the production of Michael Hall (Reg. No. B40832) in person for a trial at the United States District Court at Benton, Illinois, on the 27th day of May, 2014, at the hour of 12:30 p.m. If produced in person, the U.S. Marshal for the Southern District of Illinois shall take custody of said inmate, and then and there present said individual before the Court and from day to day thereafter as may be necessary; and at the termination of the above-captioned proceeding to return him to the custody of the Warden, Sheriff, or Jailer referenced in the Writ.

**IT IS SO ORDERED.**

**DATED:** May 15, 2014.

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **UNITED STATES DISTRICT JUDGE**