**3.02 Witness Who Has Been Interviewed by Attorney**

An attorney is allowed, if the witness agrees, to talk to a witness to learn what testimony will be given. Such an interview, by itself, does not affect the credibility of the witness.

π's 耳F5   1

**4.03 Inherently Improbable Testimony**

The committee recommends that no "inherently improbable testimony" instruction be given.

TI's 2

**4.04 Witness Willfully False**

The committee recommends that no instruction on the willfully false witness be given.

π's   3

5.01 Failure to Produce Evidence or a Witness

If a party to this case has failed [to offer evidence] [to produce a witness] within his power to produce, you may infer that the [evidence] [testimony of the witness] would be adverse to that party if you believe each of the following elements:

1. The [evidence] [witness] was under the control of the party and could have been produced by the exercise of reasonable diligence.

2. The [evidence] [witness] was not equally available to an adverse party.

3. A reasonably prudent person under the same or similar circumstances would have [offered the evidence] [produced the witness] if he believed [it to be] [the testimony would be] favorable to him.

4. No reasonable excuse for the failure has been shown.

$\Pi$'s 4

## 5.02 Failure of Party to Testify

The [plaintiff] [defendant] in this case is [suing] [sued] as [administrator] [executor] [guardian] for a [deceased person] [incompetent person]. Since the deceased cannot be here to testify [since the incompetent person is incapable of testifying], the law does not permit the [defendant] [plaintiff] [or any person directly interested in this action] to testify in his own behalf [to any conversation with the] [deceased] [incompetent person] [or] [to any event which took place in the presence of the] [deceased] [incompetent person]. The fact that the [defendant] [plaintiff] did not testify to those matters should not be considered by you for or against him.

[In this case, however, the (plaintiff)(defendant) called (a witness)(the defendant)(the plaintiff) to testify on his behalf (to conversations with the)(deceased)(incompetent person)(or)(to an event which took place in the presence of the)(deceased)(incompetent person), and therefore the (plaintiff)(defendant)(interested person) had the right to testify as to the same (conversation)(event).]

[In this case, however, since the deposition of the (deceased)(incompetent person) was admitted in evidence on behalf of the (plaintiff)(defendant), the (plaintiff)(defendant)(interested person) had the right to testify as to the same matters admitted in evidence.]

[In this case, however, the law does not prevent the testimony concerning any fact relating to the heirship of the decedent.]

π's 5

**14.01 Willful and Wanton Conduct--Definition**

When I use the expression "willful and wanton conduct" I mean a course of action which [shows actual or deliberate intention to harm] [or which, if not intentional,] [shows an utter indifference to or conscious disregard for (a person's own safety) (and) (the safety of others)].

π's 6

**14.04 Duty to Refrain From Willful and Wanton Conduct--Defendant**

It was the duty of the defendant [under Count _____ of the complaint], before and at the time of the occurrence, to refrain from willful and wanton conduct which would endanger the safety of the [plaintiff] [decedent] [and] [his property].

π's 7

**30.04 Measure of Damages--Disfigurement**

**The disfigurement resulting from the injury.**

π's 8

**30.05 Measure of Damages--Pain and Suffering--Past and Future**

The pain and suffering experienced [and reasonably certain to be experienced in the future] as a result of the injuries.

π's 9

**30.05.01 Measure of Damages--Emotional Distress--Past and Future**

The emotional distress experienced [and reasonably certain to be experienced in the future].

π's  10

**35.01 Punitive/Exemplary Damages--Willful and Wanton Conduct**

In addition to compensatory damages, the law permits you under certain circumstances to award punitive damages. If you find that _____ ((Defendant's name)) conduct was [fraudulent] [intentional] [willful and wanton] and proximately caused [injury] [damage] to the plaintiff, and if you believe that justice and the public good require it, you may award an amount of money which will punish _____ ((Defendant's name)) and discourage [it/him/her] and others from similar conduct.

In arriving at your decision as to the amount of punitive damages, you should consider the following three questions. The first question is the most important to determine the amount of punitive damages:

1. How reprehensible was _____ ((defendant's name)) conduct?
On this subject, you should consider the following:
a) The facts and circumstances of defendant's conduct;
b) The [financial] vulnerability of the plaintiff;
c) The duration of the misconduct;
d) The frequency of defendant's misconduct;
e) Whether the harm was physical as opposed to economic;
f) Whether defendant tried to conceal the misconduct;
g) [other]
2. What actual and potential harm did defendant's conduct cause to the plaintiff in this case?
3. What amount of money is necessary to punish defendant and discourage defendant and others from future wrongful conduct [in light of defendant's financial condition]?
[In assessing the amount of punitive damages, you may not consider defendant's similar conduct in jurisdictions where such conduct was lawful when it was committed.]

The amount of punitive damages must be reasonable [and in proportion to the actual and potential harm suffered by the plaintiff.]

TJ's 11

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys.  Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

Defendants' No. 1
7th Cir. P. I. 1.01

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

Certain things are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have a duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

Defendants' No. 4
7th Cir. P. I. 1.06

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this inference.  A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

Defendants' No. 8
7th Cir. P. I. 1.11

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact.

Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, <u>direct evidence</u> that it is raining is testimony from the witness who says, "I was outside a minute ago and I saw it raining."  <u>Circumstantial evidence</u> that it is raining is the observation of some entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

Defendants' No. 9
7th Cir. P. I. 1.12

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, including any party to the case, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the witness's intelligence;

- the manner of the witness while testifying;

- and the reasonableness of the witness's testimony in light of all the evidence in the case.

.

Defendants' No. 10
7th Cir. P. I. 1.13

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

Plaintiff claims he was injured and sustained damages and that defendants Bryce Hicks, Cory Harbison, and Paul Johnson violated Plaintiff's right under the Eighth Amendment to the Constitution of the United States to be free from cruel and unusual punishment in the following respect:

> In maliciously and sadistically holding down plaintiff to allow Levi Hoyle to assault plaintiff, for the very purpose of causing harm or injury to the plaintiff, rather than in a good faith effort to maintain or restore discipline.

> The plaintiff further claims that the foregoing was a proximate cause of his injuries.

> Defendants deny that they were deliberately indifferent to plaintiff's safety, and deny that

any claimed act or omission on their part was a proximate cause of plaintiff's claimed injuries.

Defendants' No. 17
I.P.I. No. 20.01 (modified)

Given _____ _____
Given as Modified _____ _____
Refused _____ _____
Withdrawn _____ _____

The credibility of a witness may be attacked by introducing evidence that on some former occasion the witness made a statement or acted in a manner inconsistent with the testimony of the witness in this case on a matter material to the issues. Evidence of this kind may be considered by you in connection with all the other facts and circumstances in evidence in deciding the weight to be given to the testimony of that witness.

In considering a prior inconsistent statement or conduct, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

Defendants' No. 11                                         Given _____
I.P.I. No. 3.01(1995 edition)                    Given as Modified _____
7th Cir. Pattern Jury Instruction 1.14 (modified)         Refused _____
                                                      Withdrawn _____

"Maliciously" means intentionally injuring another without just cause or reason.  To act "maliciously" means intentionally to do a wrongful act without just cause or excuse, with an intent to inflict injury or under circumstances that show an evil intent.

Defendants' No. 20
Federal Jury Practice and Instructions
5th Ed §166.31

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

"Sadistically" means engaging in extreme or excessive cruelty or delighting in cruelty.

| | |
|---|---|
| Defendants' No. 21 | Given _____ |
| Federal Jury Practice and Instructions | Given as Modified _____ |
| 5th Ed §166.31 | Refused _____ |
| | Withdrawn _____ |

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression "if you find," or "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

Defendants' No. 22

7th Cir. P. I. 1.27

Given _____

Given as Modified _____

Refused _____

Withdrawn _____

When I use the expression "proximate cause," I mean that cause which, in natural or probable sequence, produced the injury complained of. It need not be the only cause, nor the last or nearest cause. It is sufficient if it occurs with some other cause acting at the same time, which, in combination with it, causes the injury.

Defendants' No. 23
Illinois Pattern Jury Instruction 15.01

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

If you find for the plaintiff, you may, but are not required to, assess punitive damages against the defendant. The purposes of punitive damages are to punish defendant for his conduct and to serve as an example or warning to the defendant and others not to engage in similar conduct in the future.

Plaintiff must prove by a preponderance of the evidence that punitive damages should be assessed against the defendant. You may assess punitive damages only if you find that the defendant's conduct was in reckless disregard of plaintiff's rights. An action is in reckless disregard of Plaintiff's rights if taken with knowledge that it may violate the law.

If you find that punitive damages are appropriate, then you must use sound reason in setting the amount of those damages. Punitive damages, if any, should be in an amount sufficient to fulfill the purposes that I have described to you, but should not reflect bias, prejudice, or sympathy toward either/any party. In determining the amount of any punitive damages, you should consider the following factors:

- the reprehensibility of the defendant's conduct;
- the impact of the defendant's conduct on plaintiff;
- the relationship between plaintiff and the defendant;
- the likelihood that the defendant would repeat the conduct if an award of punitive damages is not made;
- the relationship of any award of punitive damages to the amount of actual harm the plaintiff suffered.

Defendants' No. 27                                          Given _____
7th Cir. P. I. 3.13                              Given as Modified _____
*Kyle v. Patterson,* 196 F.3d 695 (7th Cir. 1999)        Refused _____
*Iacobucci v. Boulter*, 193 F.3d 14 (1st Cir. 1999)    Withdrawn _____
*Smith v. Wade*, 461 U.S. 30 (1983)
*Kolstad v. American Dental Assoc.*, 527 U.S. 526 (1999)

Upon retiring to the jury room, you must select a presiding juror.  The presiding juror will preside over your deliberations and will be your representative here in court.

A verdict form has been prepared for you.

Take this form to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in and date the form, and all of you will sign it.

Defendants' No. 28
7th Cir. P. I. 1.32 (modified)

Given _____
Given as Modified _____ _____
Refused _____
Withdrawn _____ _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

CLEOTHER TIDWELL, # N–41754,    )
    )
       Plaintiff,    )
    )
    vs.    )    No. 10-cv-974-JPG
    )
BRYCE HICKS, CORY L. HARBISON,    )
and PAUL L. JOHNSON,    )
    )
       Defendants.    )

## JURY VERDICT FORM A

On plaintiff Cleother Tidwell's Eighth Amendment claim against defendants Bryce

Hicks, Cory Harbison, and Paul Johnson, we find in favor of the plaintiff and against the

following defendant(s)

_____

_____.

We assess compensatory damages in the amount of $_____.

We assess punitive damages, if any, against the following defendant:

        Bryce Hicks in the amount of $_____.

        Cory Harbison in the amount of $_____.

        Paul Johnson in the amount of $_____.

Foreperson:   _____   _____

               _____   _____

               _____   _____

               _____

The plaintiff has the burden of proving each of the following propositions by a preponderance of the evidence as to each defendant:

1.      The defendant acted in the way claimed by the plaintiff as stated to you in these instructions;

2.      The defendant performed those acts maliciously and sadistically and for the very purpose of causing harm to plaintiff, rather than in a good faith effort to maintain or restore order;

3.      The plaintiff was injured;

4.      Defendant's wrongful conduct was the proximate cause of the injury to the plaintiff.

If you find that plaintiff has proved each of these things by a preponderance of the evidence, then you should find for plaintiff and against the defendant, and go on to consider the question of damages.

If on the other hand, you find that plaintiff has failed to prove any one of these things by a preponderance of the evidence, then you should find for the defendant, and you will not consider the question of damages.

Defendants' No. 18
I.P.I. No. 21.02.01 (modified)

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

The defendants and the other witnesses in this trial do not have immunity from prosecution for perjury.

Defendants' No. 3 1

Given_____
Refused ✓_____
Given as Modified_____
Withdrawn_____

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

Defendant's No. 5
7th Cir. Pattern Jury Instruction 1.09

Given _____
Given as Modified _____
Refused _____
Withdrawn ✓

A diagram has been shown to you. This diagram is used for convenience and to help explain the facts of the case. It is not itself evidence or proof of any facts.

ALTERNATE FINAL JURY INSTRUCTION NO. __4__

1.24   7TH CIRCUIT PATTERN CIVIL JURY INSTRUCTION



A diagram has been shown to you. This diagram is used for convenience and to help explain the facts of the case. It is not itself evidence or proof of any facts.



ALTERNATE FINAL JURY INSTRUCTION NO. __4__

1.24   7TH CIRCUIT PATTERN CIVIL JURY INSTRUCTION

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

Defendant's No. 5
7th Cir. Pattern Jury Instruction 1.09

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

During the trial, certain testimony was presented to you by the reading of a deposition. You should give this testimony the same consideration you would give it had the witness appeared and testified here in court.



ALTERNATE FINAL JURY INSTRUCTION NO.  1

1.05  7TH CIRCUIT PATTERN CIVIL JURY INSTRUCTION

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

CLEOTHER TIDWELL, # N–41754,     )
                                      )
         Plaintiff,          )
                                      )
     vs.                    )    No. 10-974-JPG
                                        )
BRYCE HICKS, CORY L. HARBISON,   )
and PAUL L. JOHNSON,         )
                                      )
         Defendants.       )

## <u>JURY VERDICT FORM B</u>

On plaintiff Cleother Tidwell's Eighth Amendment claim against defendants Bryce

Hicks, Cory Harbison, and Paul Johnson, we find for defendant(s)

_____

_____

and against the plaintiff Cleother Tidwell.


Foreperson:   _____     _____

                    _____     _____

                    _____     _____

                    _____

I do not anticipate that you will need to communicate with me.  If you do need to communicate with me, the only proper way is in writing.  The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror.  The writing should be given to the marshal, who will give it to me.  I will respond either in writing or by having you return to the courtroom so that I can respond orally.

Defendants' No. 29
7th Cir. P. I. 1.33

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

The Court has already determined that on November 30, 2008, at approximately 10:20 a.m., Plaintiff threw urine out of his cell striking defendant Paul Johnson on the leg and an inmate worker on the gallery. You must not credit any testimony that contradicts this finding. Your task is to determine if defendants Bryce Hicks, Cory Harbison, and Paul Johnson maliciously and sadistically held down plaintiff in order to allow Levi Hoyle to assault plaintiff, for the purpose of causing harm or for the purpose of restoring or maintaining order on November 30, 2008.

Defendants' No. 30
*Gilbert v. Cook*, 512 F.3d 899, 902 (7th Cir. 2008)

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

The eighth amendment to the Constitution of the United States forbids infliction of cruel and unusual punishment. However, not every push or shove violates the constitutional rights of a prisoner. Whether the use of force by prison officials constitutes cruel and unusual punishment ultimately turns on whether force was applied in a good faith effort to maintain or restore discipline or maliciously and sadistically for the very purpose of causing harm.

Defendants' No. 19

*Hudson v. McMillan*, 503 U.S. 1 (1992)

*Whitley v. Albers*, 475 U.S. 312 (1986)

*Duckworth v. Franzen*, 780 F.2d 645 (7th Cir. 1985)

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

The credibility of a witness may be attacked by introducing evidence that the witness has been convicted of a crime.  Evidence of this kind may be considered by you in connection with all the other facts and circumstances in evidence in deciding the weight to be given to the testimony of that witness.

Defendants' No. 12
I.P.I. No. 3.05

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

Defendants' No. 15
7th Cir. Pattern Jury Instruction 1.17

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

You must give separate consideration to each party in this case. Although there are multiple defendants, it does not follow that if one is liable, the others are also liable.

Defendants' No. 16
7th Cir. Pattern Jury Instruction 1.25 (modified)

Given _____
Given as Modified _____
Refused _____
Withdrawn _____